# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC10 | E 1030740 | VALLES | V4382 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 11/21/2023  1127 | 18 USC 7 / 13 |

**Place of Offense:** Fort Irwin rd adj Painted Rocks

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
CVC 22351(b) Basic speed
75 on 60 mph (civ)

### DEFENDANT INFORMATION
- Last Name: Chang
- First Name: Yu
- MI: W.
- Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9HLM451 | CA | 23 | Toyota Rav4 | | white |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 35  Forfeiture Amount
+ $30 Processing Fee
$ 65  Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: #239 3rd St.
Fort Irwin, CA 92310
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Chuycheng

Original - CVB Copy

*E1030740*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 Nov, 20 23 while exercising my duties as a law enforcement officer in the Central District of CA.

See Attach

The foregoing statement is based upon:
☑ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/21/2023
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/13/2023 12:27
CVB SCAN 12/13/2023 12:27